1  **SESSIONS & KIMBALL LLP**
Stephen C. Kimball, SBN 152537
2  Nicole A. Nguyen, SBN 248449
23456 Madero, Suite 170
3  Mission Viejo, California 92961
sck@job-law.com
4  nan@job-law.com
Tel: (949) 380-0900
5  Fax: (949) 380-8283

6  Attorneys for Plaintiff LINDA LIPPER

7  **MCGUIREWOODS LLP**
Matthew C. Kane, Esq. (SBN 171829)
8      Email:    mkane@mcguirewoods.com
Bethany A. Pelliconi, Esq. (SBN 182920)
9      Email:    bpelliconi@mcguirewoods.com
Christopher A. Killens, Esq. (SBN 254466)
10      Email:    ckillens@mcguirewoods.com
1800 Century Park East, 8th Floor
11  Los Angeles, California 90067
Telephone: (310) 315-8200
12  Facsimile: (310) 315-8210

JS-6

13  Attorneys for Defendant CONTINENTAL TIRE NORTH AMERICA, INC.

14  **UNITED STATES DISTRICT COURT**

15  **CENTRAL DISTRICT OF CALIFORNIA**

16  **SOUTHERN DIVISION**

17

| | |
|---|---|
| 18  LINDA LIPPER, an individual, | CASE NO. 8:11-cv-362-CJC (MLGx) |
| 19      Plaintiff, | *Assigned to Honorable Cormac J. Carney* |
| 20      vs. | ORDER TO DISMISS CLAIMS WITH PREJUDICE |
| 21  CONTINENTAL TIRE NORTH AMERICA, INC., an Ohio Corporation; | |
| 22  and DOES 1 through 50, inclusive, | [Filed Concurrently with Joint Stipulation Of Dismissal With Prejudice] |
| 23      Defendants. | |
| 24  | Complaint Filed: January 25, 2011 |
| 25  | Trial Date: August 7, 2012 |

26  ///
27  ///
28

1 **ORDER**

2     UPON REVIEW OF THE FOREGOING MATTERS, IT IS HEREBY

3 ORDERED, ADJUDGED, AND DECREED as follows:

4     The instant action is hereby dismissed with prejudice, with each party to bear

5 their own costs and attorneys' fees.

6

7 IT IS SO ORDERED.

8

9

10 Dated: June 19, 2012      _____

11     **Hon. Cormac J. Carney**
    U.S. District Court Judge

-2-